EMMA H. JOHNSON, Respondent-Appellant, v. BOINE T. JOHNSON, Appellant-Respondent.— In our opinion, under all the circumstances disclosed by this record an increase of $1,000 per annum in the alimony is sufficient. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

RICHARD H. JONES, Respondent, v. THOMAS CARSON, Respondent, and UTILITY LINES, INC., et al., Appellants.— No opinion. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

HENRY I. KOBRIN, Appellant, v. ELAINE JEFFRIES, Respondent.— No opinion. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.